# <u>Weisberg Law, P.C.</u>
## also t/a Consumer Justice Alliance
*Attorneys at Law*

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

<u>Philadelphia County, Pennsylvania</u>
1500 Walnut St., Ste. 1100
Philadelphia, PA 19102

<u>Camden County, New Jersey</u>
Two Aquarium Dr., Ste. 200
Camden, NJ 08103

Web-Site:  **www.weisberglawoffices.com**
**E-Mail**: mweisberg@weisberglawoffices.com

*Matthew B. Weisberg*\*^
Graham F. Baird^
Robert P. Cocco~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

*Tuesday, November 23, 2010*

**<u>Via Fax & ECF</u>**
Magistrate Judge Strawbridge
Fax:  267-299-5065

      RE:    <u>Adonis Zabala v. City of Philadelphia, et al</u>
               No.: 10-cv-00787

Your Honor:

      Pursuant to defendants' motion for partial summary judgment (Docket No. 18) and our recent teleconference regarding, pertinently, that motion, plaintiff requests this Honorable Court enter the attached proposed order denying defendants' motion without prejudice consistent with Your Honor's verbal order at our conference.

      Plaintiff thanks this Honorable Court for its memorializing the procedural posture of this matter via its entry of the attached proposed order.

                              Sincerely,

                              /s/ Matthew B. Weisberg
                              MATTHEW B. WEISBERG

MBW/hcm
Cc:    Genelle Franklin, Esq. (Via ECF Only)

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Adonis Zabala | : | |
| 2413 South Fairhill Street | : | |
| Philadelphia, PA 19148 | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO.:10-cv-00787--AB |
| | : | |
| City of Philadelphia, et al | : | |
| 1515 Arch Street | : | |
| Philadelphia, PA 19102 | : | |
| | : | Jury of Twelve (12) Jurors Demanded |
| Defendants. | : | |

## **ORDER**

AND NOW this _____ day of _____, 2010, upon consideration of Defendants' Motion for Partial Summary Judgment (Docket No. 18), and a status conference thereupon, it is hereby ORDERED and DECREED that Defendants' Motion is DENIED, without prejudice.

**AND IT IS SO ORDERED.**

_____
David R. Strawbridge                ,M.J.