

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Adonis Zabala<br>2413 South Fairhill Street<br>Philadelphia, PA 19148<br><br>    Plaintiff,<br>  v.<br><br>City of Philadelphia, et al<br>1515 Arch Street<br>Philadelphia, PA 19102<br><br>    Defendants. | CIVIL ACTION NO.:10-cv-00787-AB<br><br>**FILED**<br>NOV 30 2010<br>MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk<br><br>Jury of Twelve (12) Jurors Demanded |

## ORDER

AND NOW this **30th** day of **November**, 2010, upon consideration of Defendants' Motion for Partial Summary Judgment (Docket No. 18), and a status conference thereupon, it is hereby ORDERED and DECREED that Defendants' Motion is DENIED, without prejudice.

**AND IT IS SO ORDERED.**

_____
David R. Strawbridge    M.J.

ENTERED
NOV 30 2010
CLERK OF COURT