IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADONIS ZABALA | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 10-787 |
| | : | |
| OFFICER KEVIN DUFFY, and | : | |
| OFFICER DANIEL DUFFY | : | |
| | : | |
| Defendants | : | |

**CIVIL JUDGMENT**

Before the Honorable David R. Strawbridge

AND NOW, this 17th day of March, 2011, in accordance with the Jury Verdict Sheet,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of the Defendants, Officer Kevin Duffy and Officer Daniel Duffy, and against the Plaintiff, Adonis Zabala.

BY THE COURT

ATTEST:

/s/ Lori K. DiSanti
Lori K. DiSanti, Deputy Clerk to the
Honorable David R. Strawbridge